AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

| | | |
|---|---|---|
| United States of America<br>v.<br>CHADWICK GARRETSON<br><br>Defendant(s) | ) ) ) ) ) ) | Case No. 3:26-MJ-1232 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 29, 2026 in the county of Hamblen in the Eastern District of Tennessee, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. § 841(a)(1), & 841(b)(1)(A) | Possession with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance |

This criminal complaint is based on these facts:

Please see attached affidavit, incorporated herein

☑ Continued on the attached sheet.

TFO [signature]

*Complainant's signature*

Samuel Swaney, DEA TFO

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/30/2026

[signature]

*Judge's signature*

City and state: Knoxville, TN

Hon.Jill E. McCook, United States Magistrate Judge

*Printed name and title*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| A CRIMINAL COMPLAINT | ) | |
| AND ARREST WARRANT FOR: | ) | 3:26-MJ-1232 |
| | ) | |
| CHADWICK GARRETSON | ) | |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A CRIMINAL COMPLAINT**

I, Samuel Swaney, being duly sworn, deposes and says:

**INTRODUCTION AND AGENT BACKROUND**

1. I, Task Force Officer (TFO) Samuel Swaney, have been employed as a Peace Officer with the Sevier County Sheriff's Office in Tennessee since 2017. I started in 2016 as a Corrections Officer in the Sevier County Jail and later became a supervisor and obtained the rank of Corrections Corporal and was on the Corrections Emergency Response Team ("CERT"). I went on to serve as a Patrol Deputy in December of 2017. In November of 2018, I obtained the rank of K9 Handler/Deputy. I obtained the rank of Field Training Officer in November of 2019. In May of 2021, I graduated Basic Special Weapons and Tactics ("SWAT") School from Pigeon Forge Police Department, Tennessee and have served on the Sevier County Sheriff's Office Special Operations Response Team ("SORT") since August of 2021. In October of 2022, I was promoted to Corporal within the Patrol Division. I have now been assigned to the Sevier County Sheriff's Office Narcotics Organized-Violent Crime and Apprehension Unit ("NOVA-U") since February of 2024 as an agent. In February of 2025, I became a Task Force Officer ("TFO") with the Drug Enforcement Administration ("DEA") Knoxville District Office. The Knoxville District Office is a part of the Louisville, Kentucky Division Office. The NOVA Unit and DEA

are comprised of detectives, agents, and investigators that are utilized in an undercover capacity to detect and address persons involved in crime especially those related to substance abuse and the sale of controlled substances/narcotics.

2. During my career as a law enforcement officer and TFO with the Sheriff's Office and DEA, I have received training and experience in interviewing and interrogation techniques, arrest procedures, search and seizure, narcotics investigations, search warrant applications, and various other crimes. During my training and experience, I have become familiar with the methods and techniques associated with the distribution of narcotics, the laundering of drug proceeds, and the organization of drug conspiracies. While conducting these investigations, I have been involved in the use of the following investigative techniques: interviewing informants and cooperating witnesses; conducting physical surveillance; consensual monitoring and recording of both telephonic and non-telephonic communications; analyzing pen register and caller identification system data; conducting court-authorized electronic surveillance; and preparing and executing search warrants.

3. This affidavit is submitted in support of an application for arrest warrant authorizing the arrest of Chadwick GARRETSON.

4. This affidavit is based upon my observations, training, experience, and information obtained from other law enforcement officers and agents involved in this investigation. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to demonstrate that GARRETSON committed the following offense: Possession with intent to distribute (50) grams or more of

methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

## RELEVANT STATUTE

5. As noted above, this investigation concerns alleged violations of the following statutes: **21 U.S.C. §§ 841(a)(1), and 841(b)(1)(A)** – Possession with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

## PROBABLE CAUSE

6. On April 29, 2026, law enforcement officers with DEA Knoxville, HSI Knoxville, and the Tennessee Highway Patrol were conducting surveillance at locations utilized by Chadwick GARRETSON in the Eastern District of Tennessee. Law enforcement was aware that GARRETSON had an active violation of probation warrant out of Jefferson County, Tennessee. GARRETSON is currently on felony probation and supervised by the Tennessee Department of Correction.

7. During the surveillance operation, law enforcement located GARRETSON driving a vehicle on Mt. Zion Road in Whitesburg, Tennessee. During the surveillance, GARRETSON pulled alongside a law enforcement vehicle, at which point law enforcement attempted to conduct a traffic stop. GARRETSON fled the scene and abandoned his vehicle after a brief pursuit. GARRETSON fled on foot but was apprehended a short time later by law enforcement.

8. A subsequent search of GARRETSON's vehicle recovering approximately 52.3 grams of methamphetamine. The methamphetamine was packaged in two plastic bags and located in magnetic compartment under the vehicle.

**CONCLUSION**

9. Based on the foregoing, I respectfully submit there is probable cause to establish that Chadwick GARRETSON possessed with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1).

TFO

Samuel Swaney
Task Force Officer
Drug Enforcement Administration

SUBSCRIBED and SWORN before me this 30th day of April 2026.

HON. JILL E. MCCOOK
UNITED STATES MAGISTRATE JUDGE