UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **No. 3:26-CR-054-001** |
| | ) | **JUDGES CRYTZER/MCCOOK** |
| **CHADWICK GARRETTSON** | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

Comes now, G. Nicholas Wallace, and hereby moves the Court to allow him to withdraw as counsel. Mr. Shane Chriesman has been retained by Mr. Garrettson to represent him in this case and Mr. Chriesman has filed an Appearance with this Court (Doc. 19) and appears to have met the requirements to appear *pro hac vice*, as evidenced by the Minute Entry following his Notice of Appearance. Therefore, it is requested that this Honorable Court enter an Order allowing counsel to withdraw and substitute Mr. Chriesman as attorney of record.

RESPECTFULLY SUBMITTED:

FEDERAL DEFENDER SERVICES OF
EASTERN TENNESSEE, INC.

BY: s/ *G. Nicholas Wallace*

G. Nicholas Wallace
ASB No. 6992D56F
Federal Defender Services of
Eastern Tennessee, Inc.
800 South Gay Street, Suite 2400
Knoxville, TN 379299714
(865) 637-7979